**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STATE EX REL., NORTHERN OHIO** | ) | **CASE NO. 1:07 CV 02329** |
| **CHAPTER OF ASSOCIATED BUILDERS** | ) | |
| **& CONTRACTORS, INC., et al.,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **THE METROHEALTH SYSTEM, et al.,** | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **Defendants.** | ) | |

Now come Susan L. Gragel and Richard L. Stoper and hereby give notice of their appearance as counsel for Operative Plasterers' & Cement Masons' International Association, Local 404 in the above-captioned case.

Respectfully submitted,


*Richard L. Stoper, Jr.*
**ROTATORI, BENDER, GRAGEL, STOPER &**
**ALEXANDER CO., L.P.A.**
By:     Susan L. Gragel (#0002785)
        Richard L. Stoper, Jr. (#0015208)
800 Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
(216) 928-1010
sgragel@rotatori.com
rstoper@rotatori.com

Attorneys for Operative Plasterers' & Cement
Masons' International Association, Local 404

## CERTIFICATE OF SERVICE

The forgoing was filed electronically on August 6, 2007 and was served on counsel for parties to the case through the Clerk's electronic filing system and may be accessed by counsel and parties to the case through such system.

*Richard L. Stoper, Jr.*
**RICHARD L. STOPER, JR.**

An Attorney for Cement Masons' Local 404

2